## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARMANDO VALORA,  :
  :
      Plaintiff,  :
  :
v.  :    1:20-CV-1224
  :    (JUDGE MARIANI)
KILOLO KIJAKAZI,  :
Acting Commissioner of Social Security, :
  :
      Defendant.  :

**FILED**
**SCRANTON**

FEB 2 5 2022

Per_____
    DEPUTY CLERK

## ORDER

AND NOW, THIS 25th DAY OF FEBRUARY, 2022, upon review of

Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 21) for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 21) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge